UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60250-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

LAZARO DUENAS,
    Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING SENTENCING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 41], dated May 9, 2014. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Tuesday, May 27, 2014, at 1:45 p.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 12th day of May, 2014.

**copy furnished:**
AUSA Jennifer C. Nucci
AFPD Peter V. Birch
United States Marshal's Service
United States Probation Office

_Daniel T. K. Hurley_
United States District Judge